# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: 0:17-cv-05240-MJD-TNL

| | |
|---|---|
| Danielle Downing, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiffs,<br>v.<br><br>Enhanced Recovery Company, LLC,<br><br>　　　　Defendant. | **ORDER FOR DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation for Dismissal with Prejudice filed by the Plaintiff and Defendant on October 8, 2018 [Civil Docket No. 35].

IT IS ORDERED that all claims in this action against Defendant is dismissed with prejudice and on the merits, and with each party to bear its own costs, including attorneys' fees. The Clerk is instructed to terminate this matter.

Dated:  October 9, 2018.　　　　　　　　　　s/ Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　Hon. Judge Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge